William H. Stockton, OSB #743163
whs@brisbeeandstockton.com
**BRISBEE & STOCKTON LLC**
139 N.E. LINCOLN STREET
P.O. BOX 567
HILLSBORO, OREGON 97123
Phone: (503) 648-6677
Fax: (503) 648-1091

Attorneys for Defendant Costco Wholesale Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of Thomas and Lisa Klotter,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COSTCO WHOLESALE CORORATION, and DANZE, INC.,<br><br>　　　　　Defendants. | Civil No.<br><br>NOTICE OF REMOVAL OF ACTION; UNDER 28 USC §1441(b)<br>(DIVERSITY) |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF OREGON, PORTLAND DIVISION:**

**PLEASE TAKE NOTICE** that, pursuant to 28 USC §§1441 and 1446, Defendant Costco Wholesale Corporation ("Defendant Costco") hereby removes to this court the case now pending in Lane County Circuit Court as *State Farm Fire and Casualty Company, as*

**Page 1 - NOTICE OF REMOVAL OF ACTION; UNDER 28 U.S.C. §1441(b) (DIVERSITY)**

BRISBEE & STOCKTON LLC
*Attorneys at Law*
139 N.E. LINCOLN STREET, P.O. BOX 567
HILLSBORO, OREGON 97123
TELEPHONE (503) 648-6677
FAX (503) 648-1091
law@brisbeeandstockton.com

*subrogee of Thomas and Lisa Klotter, v. Costco Wholesale Corporation and Danze, Inc.,* Case No. 19CV05222.

As grounds for removal, Defendant Costco states as follows:

(1)  On January 31, 2019, Plaintiff State Farm Fire and Casualty Company ("Defendant State Farm") filed a complaint in this action now pending in Lane County Circuit Court as *State Farm Fire and Casualty Company, as subrogee of Thomas and Lisa Klotter, v. Costco Wholesale Corporation, and Danze, Inc.*, Case No. 19CV05222.  Pursuant to 28 USC §1446(a), all state court papers served on Defendant Costco at the time of removal, consisting of a summons, complaint and service documents totaling seven pages, are attached hereto as Exhibit 1.

(2)  This Notice of Removal is timely filed under 28 USC §1446(b) which provides that a notice of removal must be filed within 30 days after a defendant receives, by service or otherwise, the initial pleading.  As of the date of filing this Notice of Removal, Defendant Costco had been served with process.  Plaintiff served Defendant Costco through its Registered Agent, CT Corporation System, Salem, Oregon, on March 6, 2019. *See* Exhibit 1, p. 7.

(3)  No further proceedings have been had in the Circuit Court of Lane County, Oregon, as of the date of filing this Notice of Removal.

(4)  This is a civil action over which this court has original jurisdiction pursuant to 28 USC §1332.  This action may be removed pursuant to 28 USC §1441 because the action involves a controversy between a citizen of Oregon and a citizen of Washington (Defendant Costco) and a citizen of Illinois and the amount in controversy exceeds $75,000, exclusive of interest and costs.

(5)  Plaintiff State Farm Fire and Casualty is a corporation licensed to transact insurance business in the State of Oregon and is the subrogee of Thomas and Lisa Klotter

**Page 2 - NOTICE OF REMOVAL OF ACTION; UNDER 28 U.S.C. §1441(b) (DIVERSITY)**

BRISBEE & STOCKTON LLC
*Attorneys at Law*
139 N.E. LINCOLN STREET, P.O. BOX 567
HILLSBORO, OREGON 97123
TELEPHONE (503) 648-6677
FAX (503) 648-1091
law@brisbeeandstockton.com

who are alleged to be residents of Eugene, Oregon (see paragraphs 1 and 2 of Plaintiff's Complaint).

who are alleged to be residents of Eugene, Oregon (see paragraphs 1 and 2 of Plaintiff's Complaint).

(6) Defendant Costco was, when Plaintiff filed its complaint, and is now, a corporation incorporated under the laws of the State of Washington, with its principal place of business in the State of Washington.

(7) Based upon an on-line search, it is believed that Defendant Danze, Inc., is a duly incorporated corporation in the State of Illinois as alleged in paragraph 5 of Plaintiff's complaint. See Declaration of Costco attorney William H. Stockton, attached hereto as Exhibit 2.

(8) Plaintiff alleges money damages of more than $75,000, exclusive of interests and costs. *See*, Ex. 1, p. 6.

## REMOVAL TO THIS DISTRICT IS PROPER

(9) Pursuant to 28 USC §§1332, 1441, and 1446, removal of the above-captioned state court action to this court is appropriate.

(10) Pursuant to 28 USC §1441(a), removal is made to this court as the district and division embracing the place where the state action is pending.

(11) Defendant Costco is providing to Plaintiff, through its lawyer, written notice of the filing of this Notice of Removal. Defendant Costco is presently unable to provide written notice of the filing of this Notice of Removal on Defendant Danze as the attorney representing Defendant Danze has not appeared and is unknown presently. Furthermore,

///
///
///
///
///

**Page 3 - NOTICE OF REMOVAL OF ACTION; UNDER 28 U.S.C. §1441(b) (DIVERSITY)**

BRISBEE & STOCKTON LLC
*Attorneys at Law*
139 N.E. LINCOLN STREET, P.O. BOX 567
HILLSBORO, OREGON 97123
TELEPHONE (503) 648-6677
FAX (503) 648-1091
law@brisbeeandstockton.com

Defendant Costco is filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Lane County, Oregon, where the action is currently pending.

DATED this 15th day of March, 2019.

        BRISBEE & STOCKTON LLC

By:    */s/ William H. Stockton*
     William H. Stockton, OSB #743163
     Attorneys for Defendant Costco Wholesale Corporation
     P. O. Box 567
     Hillsboro, Oregon 97123
     whs@brisbeeandstockton.com
     (503) 648-6677

**Page 4 - NOTICE OF REMOVAL OF ACTION; UNDER 28 U.S.C. §1441(b) (DIVERSITY)**

BRISBEE & STOCKTON LLC
*Attorneys at Law*
139 N.E. LINCOLN STREET, P.O. BOX 567
HILLSBORO, OREGON 97123
TELEPHONE (503) 648-6677
FAX (503) 648-1091
law@brisbeeandstockton.com

3/11/2019 1:27 PM
19CV05222

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF LANE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of Thomas and Lisa Klotter,<br><br>           Plaintiff,<br>vs.<br><br>COSTCO WHOLESALE CORPORATION and DANZE, INC.,<br><br>           Defendants. | Case No.: 19CV05222<br><br>**SUMMONS** |

To:  Costco Wholesale Corporation, Defendant.

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff (s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT:
READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

| George M. Shumsky | 951468 |
|---|---|
| ATTORNEY'S/AUTHOR'S NAME | BAR NO. |

PO Box 56028
ADDRESS

| Portland, | OR | 97238-6028 | 503-222-4339 |
|---|---|---|---|
| CITY | STATE | ZIP | PHONE |

TRIAL ATTORNEY IF OTHER THAN ABOVE

\* \* \* \* \* \* \*

STATE OF OREGON; County of Lane} ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

ATTORNEY OF RECORD FOR PLAINTIFF(S)

\* \* \* \* \* \* \*

TO THE OFFICER OF OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF(S)

LAW OFFICES OF
SHUMSKY & BACKMAN
1050 SW 6ᵀᴴ AVENUE, SUITE 1100
PORTLAND, OREGON 97204-5083
(503) 222-4339

Exhibit 1 - 001

## PROOF OF SERVICE

STATE OF _____ )
County of _____ )

        I hereby certify that I made service of the foregoing summons upon the individuals and other legal entities to be served, named below, by delivering or leaving true copies of said summons and the complaint mentioned therein, certified to be such by the attorney for the plaintiff, as follows:

### Personal Service Upon Individual(s)

        Upon _____, by delivering such true copy to him/her, personally and in person, at _____, on _____, 20____, at _____ o'clock _____.m.

### Substituted Service Upon Individual(s)**

        Upon _____, by delivering such true copy to his/her dwelling house or usual place of abode, to-wit: _____, to _____, who is a person over the age of 14 years and a member of the household of the person served on _____, 20____, at _____ o'clock _____.m.
        Upon _____, by delivering such true copy to his/her dwelling house or usual place of abode, to-wit: _____, to _____, who is a person over the age of 14 years and a member of the household of the person served on _____, 20____, at _____ o'clock _____.m.

### Office Service Upon Individual(s)**

        Upon _____, at the office which he/she maintains for the conduct of business as _____, by leaving such true copy with _____, the person who is apparently in charge, on _____, 20____, during normal working hours, at to-wit: _____ o'clock _____.m.

### Service on Corporations, Limited Partnerships or Unincorporated Associations Subject to Suit Under a Common Name

        Upon _____, by
        (NAME OF CORPORATION, LIMITED PARTNERSHIP, ETC.)
    (a) delivering such true copy, personally and in person, to _____ who is a/the _____ thereof; OR
    (b) leaving such true copy with _____, the person who is apparently in charge of the office of _____, who is a/the * _____ thereof;
    *Specify registered agent, officer (by title), director, general partner, managing agent.

at _____, on _____, 20____, at _____ o'clock, _____.m.

DATED:

        I further certify that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon, and that I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; that the person, firm or corporation served by me is the identical person, firm or corporation named in the action.

_____
SHERIFF

By _____
DEPUTY

DATED: _____

SIGNATURE _____

TYPE OR PRINT NAME _____

ADDRESS _____

PHONE _____

The signature lines on the left should be used only by an Oregon county sheriff or deputy; all other servers complete certificate on the right. The Proof of Service above contains most, but not all, of the methods of service. For example, this form does not include proof of service on a minor or incompetent person. See ORCP 7D.(2) and 7D.(3) for complete service methods on particular parties. **Where substituted or office service is used, the plaintiff, as soon as reasonably possible, shall cause to be mailed a true copy of the summons and complaint to the defendant at the defendant's dwelling house or usual place of abode, together with a statement of the time, date and place at which such service was made. Use S-N Form No. 1149 or equivalent.

LAW OFFICES OF
SHUMSKY & BACKMAN
1050 SW 6TH AVENUE, SUITE 1100
PORTLAND, OREGON 97204-5083
(503) 222-4339

Exhibit 1 - 002

1/30/2019 2:48 PM
19CV05222

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF LANE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of Thomas and Lisa Klotter,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, and DANZE, INC.<br><br>Defendants. | Case No.:<br><br>**COMPLAINT**<br><br>(Not Subject to Mandatory Arbitration)<br><br>Claim Amount: $137,047.68<br>ORS 21.160(1)(c)<br>Filing fee: $560.00 |

For its claim for relief against defendants, State Farm Fire and Casualty Company states and alleges the following:

### I. PARTIES

1.

At all times relevant hereto, State Farm Fire and Casualty Company ("State Farm") was a corporation licensed to transact insurance business in the state of Oregon.

2.

At all times relevant hereto, Thomas and Lisa Klotter ("Klotter") were the owners of real and personal property at 1670 Duke Ct., Eugene, Oregon ("Subject Property").

3.

At all times relevant hereto, State Farm insured the Subject Property pursuant to Policy No. 37-CR-4122-4.

COMPLAINT-1

SHUMSKY & BACKMAN
1050 SW SIXTH AVENUE, SUITE 1100
PORTLAND, OR 97204
TELEPHONE (503) 222-4339

Exhibit 1 - 003

4.

At all times relevant hereto, Costco Wholesale Corporation ("Costco"), was a Washington corporation engaged in the sale of toilets and water supply lines for toilets in the state of Oregon.

5.

At all times relevant hereto, Danze, Inc. ("Danze"), was an Illinois corporation engaged in the import and sale of toilets and water supply lines for toilets in the state of Oregon.

## II. FACTUAL BACKGROUND

6.

On September 18, 2017, the Subject Property was damaged by water.

7.

The water originated from a leak at a water supply line to a toilet located in an upstairs bathroom at the Subject Property.

8.

The toilet and water supply line were manufactured in Southeast Asia by an unknown company and were imported into the U.S. by Danze.

9.

The toilet and water supply line were sold by Costco's warehouse #17 in Eugene, Oregon to Klotter on January 2, 2013 and were identified as a "Water Ridge 2PC Toilet," item number 533515.

10.

The water leak originated at a fracture on the aforesaid water supply line's plastic nut that connected the water line to the toilet tank.

COMPLAINT-2

SHUMSKY & BACKMAN
1050 SW SIXTH AVENUE, SUITE 1100
PORTLAND, OR 97204
TELEPHONE (503) 222-4339

Exhibit 1 - 004

11.

The plastic nut fractured as a result of a design defect, as the plastic nut's wall thickness was unduly thin for the applied stress that it would encounter in its application as part of a water supply line to a toilet.

12.

Klotter made a claim under their insurance policy with State Farm for damage to the Subject Property caused by the incident described herein.

13.

State Farm indemnified Klotter for said damage in the amount of $135,541.68 after consideration of a $1,506.00 deductible for a total loss of $137,047.68, and thereafter became equitably and contractually subrogated to its insured's rights.

### III. LIABILITY

**(Product Liability)**

14.

The subject toilet water supply line was unreasonably dangerous and defective and failed to meet the reasonable expectations of Klotter as a result of the design defect described herein that resulted in a unanticipated, uncontrolled water leak.

15.

As a result of the defect set forth herein, for which defendants are liable, plaintiff's insureds sustained damage to their property in the amount of $137,047.68.

///

///

///

COMPLAINT-3

SHUMSKY & BACKMAN
1050 SW SIXTH AVENUE, SUITE 1100
PORTLAND, OR 97204
TELEPHONE (503) 222-4339

Exhibit 1 - 005

1  **WHEREFORE**, plaintiff demands judgment against defendants in the amount of
2  $137,047.68, together with pre-judgment interest at the rate of 9% per annum, costs,
3  disbursements, and any other relief deemed equitable by this court.

Dated this 30 day of January 2019.

                            LAW OFFICES OF
                            SHUMSKY & BACKMAN

                            By: _____
                            George M. Shumsky, OSB #951468
                            Fax: (360) 891-0110
                            E-Mail: george@shumsky-backman.com

                            **Trial Attorney**: George M. Shumsky

COMPLAINT-4

SHUMSKY & BACKMAN
1050 SW SIXTH AVENUE, SUITE 1100
PORTLAND, OR 97204
TELEPHONE (503) 222-4339

Exhibit 1 - 006

3/11/2019 1:27 PM
19CV05222

## AFFIDAVIT OF SERVICE

State of Oregon      County of Lane      Circuit Court

Case Number: 19CV05222

Plaintiff:
STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of Thomas and Lisa Klotter

vs.

Defendant:
COSTCO WHOLESALE CORPORATION and DANZE, INC.

For:
George M. Shumsky
Shumsky and Backman - OR
P.O. Box 56028
Portland, OR 97238-6028

Received by MALSTROM'S PROCESS SERVING CO. on the 5th day of March, 2019 at 2:18 pm to be served on COSTCO WHOLESALE CORPORATION R/A CT CORPORATION SYSTEM, 780 COMMERCIAL STREET SE, SUITE 100, SALEM, OR 97301.

I, Bobby Chandler, being duly sworn, depose and say that on the **6th day of March, 2019 at 9:05 am**, I:

SERVED the within named **COSTCO WHOLESALE CORPORATION R/A CT CORPORATION SYSTEM at 780 COMMERCIAL STREET SE, SUITE 100, SALEM, OR 97301** by personally serving a true copy of the **Summons and Complaint** upon **RYLYNN POOLE,** who is a clerk on duty in the office of the Registered Agent and who is authorized to accept service.

I declare I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding. I certify that the person, firm, or corporation served is the identical one named in this action. I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on the ___
day of __March__, 2019 by the affiant
who is personally known to me.

NOTARY PUBLIC - State of Oregon
County of __Marion__

OFFICIAL STAMP
REBECCA LEA LUNDIN
NOTARY PUBLIC - OREGON
COMMISSION NO. 942014
MY COMMISSION EXPIRES AUGUST 17, 2019

Bobby Chandler
Date: 3/7/19

MALSTROM'S PROCESS SERVING CO.
155 Culver Lane S
Salem, OR 97302
(503) 585-0234

Our Job Serial Number: ONE-2019001204
Ref: 106-0056

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0h



Exhibit 1 - 007

| | |
|---|---|
| 1 | William H. Stockton, OSB #743163 |
| 2 | whs@brisbeeandstockton.com |
| | **BRISBEE & STOCKTON LLC** |
| 3 | 139 N.E. LINCOLN STREET |
| | P.O. BOX 567 |
| 4 | HILLSBORO, OREGON 97123 |
| 5 | Phone: (503) 648-6677 |
| | Fax: (503) 648-1091 |
| 6 | |
| 7 | Attorneys for Defendant Costco Wholesale Corporation |

<br>

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of Thomas and Lisa Klotter, | | Civil No. |
| | Plaintiff, | **DECLARATION OF WILLIAM H. STOCKTON** |
| v. | | |
| COSTCO WHOLESALE CORPORATION, and DANZE, INC., | | |
| | Defendants. | |

I, WILLIAM H. STOCKTON, declare under penalty of perjury as follows:

That I am the attorney for Defendant Costco Wholesale Corporation in the above-entitled matter and I have made inquiry of the Plaintiff's attorney regarding service of the Complaint on Defendant Danze, Inc., and have not been advised that an appearance has

Page 1 - **DECLARATION OF WILLIAM H. STOCKCTON**

BRISBEE & STOCKTON LLC
*Attorneys at Law*
139 N.E. LINCOLN STREET, P.O. BOX 567
HILLSBORO, OREGON 97123
TELEPHONE (503) 648-6677
FAX (503) 648-1091
law@brisbeeandstockton.com

Exhibit 2 - 001

been filed and no attorney has appeared as attorney of record. That I have done a computer search of Defendant Danze, Inc., which has confirmed that Defendant Danze, Inc., is an Illinois corporation as alleged in Plaintiff's Complaint. That I make this declaration in support of Defendant Costco's removal to federal court and the requirement of complete diversity to remove the matter to federal court.

      I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

      **DATED** this 15th day of March, 2019, at Hillsboro, Oregon.

                                                    /s/ William H. Stockton
                                          William H. Stockton

Page 2 -   **DECLARATION OF WILLIAM H. STOCKCTON**

BRISBEE & STOCKTON LLC
*Attorneys at Law*
139 N.E. LINCOLN STREET, P.O. BOX 567
HILLSBORO, OREGON 97123
TELEPHONE (503) 648-6677
FAX (503) 648-1091
law@brisbeeandstockton.com

Exhibit 2 - 002

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF REMOVAL OF ACTION; UNDER 28 USC §1441(b) (DIVERSITY)** on the following party(ies):

George M. Shumsky
Shumsky & Backman
1050 S. W. Sixth Avenue
Suite 1100
Portland, Oregon 97204

    Attorney for Plaintiff

by mailing a true and correct copy thereof to said party(ies) on the date stated below.

DATED this 15th day of March, 2019.

        */s/ William H. Stockton*
William H. Stockton, OSB #743163
whs@brisbeeandstockton.com
Attorneys for Defendant Costco

Page 1 -   **CERTIFICATE OF SERVICE**

BRISBEE & STOCKTON LLC
*Attorneys at Law*
139 N.E. LINCOLN STREET, P.O. BOX 567
HILLSBORO, OREGON 97123
TELEPHONE (503) 648-6677
FAX (503) 648-1091
law@brisbeeandstockton.com