1  George M. Shumsky, OSB #951468
   Shumsky & Backman
2  PO Box 56028
   Portland, OR 97238-6028
3  Telephone: (503) 222-4339
   Facsimile: (877) 222-2171
4

5  Attorneys for Plaintiff

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                      DISTRICT OF OREGON

                       EUGENE DIVISION
10

11 STATE FARM FIRE AND CASUALTY          Case No.: 6:19-CV-00394-MK
   COMPANY, as subrogee of Thomas and Lisa
12 Klotter,                              STIPULATION AND ORDER OF
                                         DISMISSAL
13              Plaintiff,

14      vs.

15 COSTCO WHOLESALE
   CORPORATION, and DANZE, INC.,
16
                Defendants.
17

18                        STIPULATION

19      IT IS HEREBY STIPULATED by and between Plaintiff STATE FARM FIRE AND

20 CASUALTY COMPANY, as subrogee of Thomas and Lisa Klotter and Defendant COSTCO

21 WHOLESALE CORPORATION, the only defendant appearing in this action, through their

22 designated counsel, that the above-captioned action be and hereby is dismissed with prejudice in

23
   its entirety pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1). Each party agrees to
24
   bear their own costs.
25

26 ///

Dated: _6-4-79_, 2019          SHUMSKY & BACKMAN

By: _____
George M. Shumsky, OSB #951468
Attorney for Plaintiff

Dated: _May 24_, 2019          BRISBEE & STOCKTON LLC

By: _____
William H. Stockton, OSB #743163
Attorney for Defendant Costco
Wholesale Corporation

## ORDER

Pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure* and for good cause showing, the above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated: _June 6_, 2019.

_____
Mustafa Kasubhai
United States District Judge