IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>        Plaintiff,<br><br>    V.<br><br>COSTCO WHOLESALE CORPORATION, et al,<br><br>        Defendants. | 6:19-cv-00394-MK<br><br>JUDGMENT |

  Based on the stipulation and order of dismissal (ECF No. 8) of the parties, this action is dismissed with prejudice in its entirety pursuant to Federal Rules of Civil Procedure 41(a)(1). Each party to bear their own costs.

  Dated this 7th day of June 2019.

                  s/ Mustafa T. Kasubhai
                  MUSTAFA T. KASUBHAI
                  United States Magistrate Judge